STATE v. STAMPER

No. 440P01

Case below: 144 N.C. App. 723

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.

STATE v. WARD

No. 158A92-9

Case below: Pitt County Superior Court

Application by defendant for writ of habeas corpus denied 11 October 2001.

STATE v. WILLIAMS

No. 366P01

Case below: 143 N.C. App. 719

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.

STATE AUTO PROP. AND CAS. INS. CO. v. SOUTHARD

No. 408P01

Case below: 144 N.C. App. 438

Petition by defendant (Southard) for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.

SUMNER v. LAW OFFICES OF KATHLEEN G. SUMNER

No. 574P01

Case below: 146 N.C. App. 111

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 8 November 2001.